UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WARREN E. JOSEPH, JR. (#133014)**          CIVIL ACTION

**VERSUS**

**KRISTINE M. RUSSELL**          NO. 21-00654-BAJ-EWD

### RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 5)**, recommending that the Court dismiss the action, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. (Doc. 5, p. 5). Plaintiff objects to the Report and Recommendation (Doc. 7).

Having carefully considered the underlying Complaint, the Report and Recommendation, Plaintiff's objection, and all other related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

1

Accordingly,

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this 8th day of December, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**